### MOORE v STATE

Ohio Appeals, 4th Dist, Athens Co

Decided Nov 15, 1933

Woolley & Rowland, Athens and Wood & Williams, Athens, for plaintiff in error.

John W. Bolin, Prosecuting Attorney, Athens, and R. W. Finsterwald, Athens, for defendant in error.

For full opinion see 39 OLR 448; 188 NE 881; 46 Oh Ap 433.